**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Joshua S Barkley,

Plaintiff,

v.

City of Tempe, et al.,

Defendants.

No. CV-26-06612-PHX-KML

**ORDER**

On October 7, 2026, the court issued an order explaining that some of plaintiff's Joshua S. Barkley's factual allegations "come perilously close to—or surpass—the fanciful, fantastic and delusional line." (Doc. 7 at 4) (simplified). The court ordered Barkley to "file a statement explaining his good-faith belief that ties [the events in the complaint] to the named defendants." (Doc. 7 at 4.) The court also explained that it appeared Barkley had not stated a claim for relief. (Doc. 7 at 4-5 (noting the complaint did not appear to allege "sufficient facts showing the individual defendants were personally involved in the underlying events" or sufficient facts to support any viable claim of municipal liability).) (Doc. 7 at 5.) Barkley's statement was also required to address the failure to state a claim.

Barkley was given until October 19, 2026, to file a statement but as of October 29, Barkley has not filed anything. As set forth in the court's prior order, Barkley's factual allegations may qualify as fanciful, fantastic and delusional. But even assuming they do not, Barkley has not alleged sufficient facts to state any plausible claim for relief against

any of the named defendants.

**IT IS ORDERED** the complaint (Doc. 1) is **DISMISSED WITHOUT LEAVE TO AMEND**. The Clerk of Court shall enter a judgment of dismissal with prejudice and close this case.

Dated this 29th day of October, 2026.

Honorable Krissa M. Lanham
United States District Judge